Argued and submitted March 9, reversed and remanded November 28, 1984, reconsideration denied February 15, petition for review allowed March 19, 1985 (298 Or 822)
See 299 Or 688, 705 P2d 1144 (1985)

ROYAL INSURANCE COMPANIES,
*Appellant,*

*v.*

STATE OF OREGON, OREGON TRANSPORTATION
COMMISSION, HIGHWAY DIVISION,
*Respondent.*

(16-83-03206; CA A29388)

691 P2d 915

Richard A. Roseta, Eugene, argued the cause for appellant. With him on the briefs was Flinn, Brown & Roseta, Eugene.

Michael D. Reynolds, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Plaintiff brought this action against the state for contribution or indemnity for sums paid in settlement on behalf of its insured for personal injuries sustained by two claimants. On appeal, plaintiff contends that the trial court erred in granting the state's motion to dismiss its complaint for failure to state ultimate facts sufficient to constitute a claim for relief. This case was consolidated for argument with *Scovell v. TRK Trans, Inc.*, 71 Or App 186, 691 P2d 911 (1984), in which we concluded that the third-party plaintiff was entitled to maintain its action for contribution. The parties agree that the issues presented here are identical to those considered in *Scovell.*

Reversed and remanded.